JUDGE BUCKLO

**01CR306**

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 4:99CR00450 CEJ |
| DOCKET NUMBER (Rec. Court) | |

FILED MAR 29 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED FEB 22 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Robert A. Schwermer<br>1632 North Windsor Road<br>Arlington Heights, IL 60004 | Eastern District of Missouri | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Carol E. Jackson<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: November 16, 2000 — TO: November 15, 2003 |

OFFENSE
Wire Fraud, 18 USC 1343

DOCKETED MAR 30 2001

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 22, 2001
Date

_[signed]_ Carol E. Jackson
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/27/01
Effective Date

_[signed]_
United States District Judge



JUDGE BUCKLO
01CR306

FILED
OCT 14 1999
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR00450CEJ |
| Plaintiff, | ) | |
| v. | ) No. | |
| ROBERT SCHWERMER, | ) | |
| Defendant. | ) | |

### INFORMATION

The United States Attorney charges that:

On or about February 11, 1998 in the Eastern District of Missouri,

ROBERT SCHWERMER,

the defendant herein, with the intent to defraud, voluntarily and intentionally devised and participated in a scheme to obtain $65,000.00 by means of false representations from Swift Print Communications Services, LLC ("Swift") and did cause to be transmitted in interstate commerce by means of wire communication, certain writings for the purpose of executing this scheme to defraud Swift.

In November of 1997, the defendant Robert Schwermer on behalf of Printing Equipment Specialists entered into negotiations with Swift which was interested in purchasing a Muller Panda Perfect Binder ("Binder") from El Mundo Color Graphico ("El Mundo") in Puebla, Mexico. The defendant told Swift that he could obtain the Binder, but Swift had to provide the defendant with an advance payment of $65,000.00 which the defendant would use toward the

1

purchase of the Binder. On December 9, 1997, Swift gave the defendant a $65,000.00 check made out to Printing Equipment Specialists which was a company owned by the defendant and his wife. The defendant deposited this $65,000.00 check into Printing Equipment Specialists' bank account at First American Bank. The defendant used this $65,000.00 to pay off a variety of Printing Equipment Specialists' business expenses and other personal expenses.

The defendant falsely represented to Swift from December of 1997 until February of 1998 that the defendant could not have the Binder delivered from El Mundo, because of problems that El Mundo was having with obtaining another binder. On February 11, 1998, the defendant caused Printing Equipment Specialists to fax a fraudulent letter, which was in furtherance of an essential step in the defendant's scheme to defraud Swift, from phone number 847-956-7074 in Chicago, Illinois to 314-991-3080 in St. Louis, Missouri in the Eastern District of Missouri which indicated that El Mundo was shipping the Binder to Swift on February 17, 1998. The defendant never in fact paid any money to El Mundo for the Binder, and El Mundo was not prepared to send the Binder to Swift at any time, due to the fact that the defendant had never paid El Mundo for the Binder. Swift never received the Binder.

In violation of Title 18, United States Code, Section 1343.

GARY M. GAERTNER, JR.
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES OF AMERICA
EASTERN DIVISION
EASTERN DISTRICT OF MISSOURI

I, Gary M. Gaertner, Jr., Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

Subscribed and sworn to before me this 27th day of September, 1999.

Robert D. St. Vrain
CLERK, UNITED STATES DISTRICT COURT

By: _____
DEPUTY CLERK

3

**SPEEDY TRIAL INFORMATION**

RE: ROBERT SCHWERMER          4:99CR00450CEJ

Defendant has not been taken into custody

Date of Information:

FILED
OCT 14 1999
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

**NO COMPLAINT ISSUED AS TO THIS DEFENDANT**

Speedy trial information will be provided when defendant is taken into custody or appears before a judicial officer in this District for the first time.

**************************************************************

**PENALTY SLIP:**

**Re: ROBERT SCHWERMER**

Count I

I nmt 5 years, F nmt $250,000, or both
Supervised release nmt 5 years

$100.00 Special Assessment per Count.

Victim/Witness Act Applies:   Yes

JS 45 (1/96)

# USDC-EDMO
## CRIMINAL CASE COVER SHEET

Case No. 4:99CR00450CEJ

**Division of Filing**  Place of Offense
X Eastern
☐ Southeastern  St. Louis County

☐ Matter to be Sealed
X Suppressed Information
☐ Juvenile

☐ Indictment
☐ Information
X Waiver of Indictment
☐ Other

FILED
OCT 14 1999
U.S. DISTRICT COURT
E. DIST. MO.
ST. LOUIS

**Type of Charge**
☐ Petty
☐ Misd.
X Felony
*Check all Applicable*

**Defendant Information**
Defendant's Name  ROBERT SCHWERMER
Alias Name  Unknown
Birthdate  9-24-32  Not Available ☐
Social Security No.  ___  Not Available ☐

**Related Case Information**
Superseding Indictment/Information ☐Yes xNo *if yes, original case number* _____
(Circle One)
Is this a New Defendant?  XYes ☐No
Prior Complaint Case Number, if any _____
Complaint: ___ Pending  ___ Dismissed

Name of AUSA  Gary M. Gaertner, Jr.
Bond $10,000. unsecured requested
**Victim-Witness Act applies:**  Yes

**Interpreter Needed**
☐ Yes  Language and/or dialect _____
x No
☐ Not known at this time

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody  Writ Required ☐ Yes ☐ No
☐ Currently on bond
x Defendant not in Custody

**U.S.C. Citations**
Total # of Counts for this Defendant  I

| Index Key/Code/ Offense Level | Description of Offense Charged | Count(s) | Penalty Info |
|---|---|---|---|
| 18:1343.F | Fraud by wire, radio, television | | I nmt 5 years<br>F nmt $250,000 or both<br>Sup. Rel. nmt 5 years |
| | | | |

Date  10-14-99  Signature _____
AUSA Gary M. Gaertner, Jr., - 3167

AO 245B (Rev. 8/96) Sheet 1- Judgment in a Criminal Case

JUDGE BUCKLO
01CR306

FILED
JAN - 7 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# United States District Court
## Eastern District of Missouri

UNITED STATES OF AMERICA
v.
ROBERT SCHWERMER

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 4:99CR450CEJ

MICHAEL D. KREJCI, RETAINED
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s) ONE OF THE INFORMATION ON 10-14-99
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18USC1343 | WIRE FRAUD | 02-11-98 | ONE |

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☐ Count(s) _____ dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendants Soc. Sec. No.:
Defendant's Date of Birth: 09-24-31
Defendant's USM No.:
Defendant's Residence Address:
1632 N. WINDSOR DRIVE
ARLINGTON HEIGHTS IL 60004

Defendant's Mailing Address:
SAME AS ABOVE

JANUARY 7, 2000
Date of Imposition of Judgment

_____ (signature)
Signature of Judicial Officer

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

JANUARY 7, 2000
Date

Record No.: 328

17

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

Judgment-Page 2 of 7

DEFENDANT: ROBERT SCHWERMER
CASE NUMBER: 4:99CR450CEJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 Months

☒ The court makes the following recommendations to the Bureau of Prisons:

The defendant be placed at FCI Pekin, Pekin, Illinois.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./pm on _____
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____
  ☒ as notified by the United States Marshal
  ☐ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

DEFENDANT: ROBERT SCHWERMER
CASE NUMBER: 4:99CR450CEJ

Judgment-Page 3 of 7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 Years

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

    The defendant shall not commit another federal, state, or local crime.

    The defendant shall not illegally possess a controlled substance.

*For offenses committed on after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X] The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

Judgment-Page 4 of 7

DEFENDANT: ROBERT SCHWERMER
CASE NUMBER: 4:99CR450CEJ

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release to supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

2. The defendant shall participate, as directed by the probation officer, in an alcohol abuse treatment program which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, or inpatient treatment in a treatment center or hospital.

3. The defendant shall abstain from the use of alcohol and/or all other intoxicants.

4. The defendant shall provide the probation officer access to any requested financial information.

5. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation office so long as there is a balance on the restitution amount imposed.

6. The defendant shall pay restitution as ordered by the Court.

AS 245B (Rev. 8196) Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT: ROBERT SCHWERMER
CASE NUMBER: 4:99CR450CEJ

Judgment-Page 5 of 7

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| COUNT ONE | $100.00 |  | $65,000.00 |
|  |  |  |  |
|  |  |  |  |
| Totals: | $100.00 |  | $65,000.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case will be entered after such a determination.

☒ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Swift Print Communications Svcs., Attn: Bryan Swift, President, 1248 Research Boulevard, St. Louis, Missouri 63132-1714 |  | $65,000.00 |  |
| Totals: |  | $65,000.00 |  |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 8/96) Sheet 5, Part B - Criminal Monetary Penalties

Judgment-Page 6 of 7

DEFENDANT: ROBERT SCHWERMER

CASE NUMBER: 4:99CR450CEJ

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ in full immediately; or ***

B ☐ _____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____, or

D ☐ in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ installments of _____ over a period of _____ to commence _____ after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

***The restitution shall be paid in monthly installments of at least $270.00. Payment toward restitution shall commence no later than 30 days after the defendant's release from the Bureau of Prisons.

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

AO 245B (Rev. 8/96) Sheet 6 - Statement of Reasons

DEFENDANT: ROBERT SCHWERMER

CASE NUMBER: 4:99CR450CEJ

Judgment-Page 7 of 7

## STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

**OR**

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: _____

Criminal History Category: _____

Imprisonment Range: _____ to _____ months

Supervised Release Range: _____ to _____ years

Fine Range: _____ to _____

☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $65,000.00

☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered for the following reason(s):

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

**OR**

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

**OR**

☐ The sentence departs from the guideline range:

☐ upon motion of the government, as a result of defendant's substantial assistance.

☐ for the following specific reason(s):

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 01/07/00 by kmoore
4:99cr450    USA vs Schwermer

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE. IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE FOLLOWING:
    4 Certified Copies to USM
    2 Certified Copies to USP
    1 Copy to Financial
    1 Copy to O.S.U.

Gary Gaertner - 3167    Fax: 314-539-7695
Michael Krejci -    Fax: 630-323-2528

SCANNED & FAXED BY:

JAN - 7 2000

J. M. W.

U.S. District Court
Eastern District of Missouri (Eastern)

TERMED
JUDGE BUCKLO

CRIMINAL DOCKET FOR CASE #: 99-CR-450-ALL

USA v. Schwermer
Dkt# in other court: None

01CR306    Filed: 10/14/99

Case Assigned to: Honorable Carol E. Jackson

ROBERT SCHWERMER (1)
    defendant
    [term 01/07/00]

Michael D. Krejci
 [term 01/07/00]
630-323-2528 fax
[COR LD NTC ret]
DIBENEDTTO AND KREJCI
115 W. 55th Street
Suite 400
Clarendon Hills, IL 60514
630-323-2366

FILED
MAR 29 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Pending Counts:

18:1343.F FRAUD BY WIRE, RADIO,
OR TELEVISION
(1)

Disposition

Defendant to be imprisoned for
a term of 9 months.
Defendant shall be placed on
supervised release for a term
of 3 years. Defendant shall
pay restitution in the amount
of $65,000.00. Defendant shall
pay special assessment in
the amount of $100.00, due
immediately.
(1)

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____ DEPUTY CLERK

U. S. Attorneys:

  Gary M. Gaertner, Jr.

Docket as of March 21, 2001 11:28 am                 Page 1

Proceedings Include All Events
4:99cr450-ALL USA v. Schwermer                                                          TERMED

314-539-7695 fax
[COR LD NTC]
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
FTS 539-7695

Proceedings Include All Events
4:99cr450-ALL USA v. Schwermer                                                    TERMED

| | | |
|---|---|---|
| 10/14/99 | 1 | WAIVER OF INDICTMENT by defendant Robert Schwermer (bak) [Entry date 10/18/99] |
| 10/14/99 | 2 | INFORMATION by USA Robert Schwermer (1) count(s) 1 (bak) [Entry date 10/18/99] |
| 10/14/99 | 3 | APPEARANCE for plaintiff USA by Attorney Gary M. Gaertner Jr. (bak) [Entry date 10/18/99] |
| 10/14/99 | 4 | MINUTES: before Honorable Carol E. Jackson dft Robert Schwermer arraigned; guilty plea entered; Attorney present; , guilty plea entered by Robert Schwermer; Probation office notified by e-mail in courtroom ; objection to PSR deadline set for 12/17/99 for Robert Schwermer, for USA, ; sentencing hearing set for 9:00 1/7/00 for Robert Schwermer as to defendant Robert Schwermer ; Defendant Location: bond; court reporter: Sue Moran; proceedings started: 2:40 - ended: 3:40 (bak) [Entry date 10/18/99] |
| 10/14/99 | 5 | MOTION for attorney Michael Krejci to appear pro hac vice as to defendant Robert Schwermer by Robert Schwermer (bak) [Entry date 10/18/99] |
| 10/14/99 | 6 | RECEIPT # 2000-000324 in the amount of $ 25.00 for PHV fee as to Robert Schwermer (bak) [Entry date 10/19/99] |
| 10/14/99 | 7 | STIPULATION OF FACTS RELATIVE TO SENTENCING by Robert Schwermer, USA (bak) [Entry date 10/19/99] |
| 10/14/99 | 8 | MINUTES: Initial appearance before Mag. Judge Terry I. Adelman; defendant advised of following: nature of offense; right to remain silent, and that defendant's statements can be used against him $5,000/unsecured Bond set for Robert Schwermer as to defendant Robert Schwermer ; Defendant Location: bond; court reporter: P. Dalziel; Tape #: 1 Index#s: 1400-2065 proceedings started: 5:00 - ended: 5:10 (bak) [Entry date 10/19/99] |
| 10/14/99 | 9 IMG | RULED DOCUMENT by Honorable Carol E. Jackson granting motion for attorney Michael Krejci to appear pro hac vice to defendant Robert Schwermer [5-1] (cc: all counsel, USPT, USP, USM) (bak) [Entry date 10/19/99] |
| 10/14/99 | 10 IMG | BOND Posted ( $5,000/unsecured) by Robert Schwermer (bak) [Entry date 10/19/99] |
| 10/14/99 | 11 IMG | ORDER setting conditions of release for Robert Schwermer by Mag. Judge Terry I. Adelman (cc: all counsel, USPT, USP, USM) (bak) [Entry date 10/19/99] |
| 10/28/99 | 12 | RECEIPT # S2000-881 passport surrendered by pretrial services as to Robert Schwermer (set) [Entry date 10/29/99] |

```
Proceedings Include All Events                                    TERMED
4:99cr450-ALL USA v. Schwermer
```

| Date | # | Entry |
|---|---|---|
| 11/29/99 | 13 | ACCEPTANCE TO PSR by USA ; objection to PSR deadline met on 11/29/99 as to deft Robert Schwermer (bak) [Entry date 11/30/99] |
| 1/3/00 | 14 | ACCEPTANCE TO PSR by Robert Schwermer ; objection to PSR deadline met on 1/3/00 (bak) [Entry date 01/04/00] |
| 1/7/00 | 15 | MINUTES: before Honorable Carol E. Jackson sentencing hearing held on 1/7/00 as to defendant R. Schwermer ; Sentence imposed -- See Judgment; Defendant Location: voluntary surrender; court reporter: G. Bond; proceedings started: 10:45 am - ended: 11:00 am (kcm) [Entry date 01/07/00] |
| 1/7/00 | 16 | PRESENTENCE REPORT FILED UNDER SEAL on Robert Schwermer (kcm) [Entry date 01/07/00] |
| 1/7/00 | 17 | IMG JUDGMENT by Honorable Carol E. Jackson as to Robert Schwermer sentencing Robert Schwermer (1) count(s) 1. Defendant to be imprisoned for a term of 9 months. Defendant shall be placed on supervised release for a term of 3 years. Defendant shall pay restitution in the amount of $65,000.00. Defendant shall pay special assessment in the amount of $100.00, due immediately., terminating party Robert Schwermer, case terminated (cc: all counsel, USPT, USP, USM) (kcm) [Entry date 01/07/00] |
| 1/7/00 | 18 | RECEIPT # 2000-002679 in the amount of $ 100.00 for special assessment as to Robert Schwermer (bak) [Entry date 01/10/00] |
| 3/2/00 | 19 | MARSHAL'S RETURN of judgment executed on 2/18/00 as to Robert Schwermer -- defendant self-surrendered (kcm) [Entry date 03/06/00] |
| 2/22/01 | 20 | Probation Transfer to District of NDIL as to defendant Robert Schwermer sent by Clerks Office (cc: indictment, judgment, docket sheet) (jmw) [Entry date 03/21/01] [Edit date 03/21/01] |
| 3/21/01 | 21 | LETTER from Clerk re: Transfer of Jurisdiction. Certified copies of information, judgment in a criminal case, and docket sheets. (A copy of letter with envelope to be returned to this Clerk Office provided) (jmw) [Entry date 03/21/01] |

# United States District Court

Eastern District of Missouri
1114 Market Street
St. Louis, Missouri 63101

JUDGE BUCKLO

01CR306

James G. Woodward
Clerk of Court

314-539-2315

March 21, 2001

Michael W. Dobbins
Clerk, United States District Court
Northern District of Illinois
Everett McKinley Dirksen Federal Building
219 S. Dearborn Street
Chicago, IL 60604

**RECEIVED**

MAR 29 2001

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: USA v. Robert A. Schwermer
    OUR DOCKET NUMBERS: 4:99CR450 CEJ

Dear Clerk:

Pursuant to the Transfer of Jurisdiction filed in our office on February 22, 2001, we are sending certified copies of the following items:

    Information
    Judgment in a Criminal Case
    Docket Sheets

Please acknowledge receipt of these documents by returning the second copy of this letter in the envelope provided. If anything further is needed, please do not hesitate to contact our office.

Sincerely,

James G. Woodward,
CLERK OF COURT

By: *[signature]*
    Deputy Clerk

CC: U.S. Probation Office - EDMO
    U.S. Attorney Office - EDMO

Received:_____